# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1121. RIDE TODAY, LLC v. BRANDYWINE HOMES GEORGIA, LLC.

Brandywine Homes Georgia, LLC a/a/f OK, LLC ("Brandywine") filed a dispossessory action against Ride Today, LLC ("Ride Today") in magistrate court. The magistrate court awarded Brandywine a writ of possession to certain real property. Ride Today appealed the decision to state court.

Ride Today's attorney filed a motion to withdraw as counsel, which the state court granted. The state court then granted a writ of possession in the property to Brandywine. In a subsequent order, the state court awarded Brandywine $3,050.00 in unpaid rent. Ride Today, through non-attorney Terrence Beasley, filed a notice of appeal and an amended notice of appeal of these orders. We, however, lack jurisdiction for two reasons.

First, Ride Today, as a limited liability company, must be represented by an attorney to bring an appeal to this Court. See *Odion v. Avesis, Inc.*, 327 Ga. App. 443, 445 (2) (759 SE2d 538) (2014); *Winzer v. EHCA Dunwoody, LLC*, 277 Ga. App. 710, 714 (3) (627 SE2d 426) (2006). Because Beasley is not an attorney, he may not represent Ride Today. See *Odion*, 327 Ga. App. at 445 (2).

Second, "[a]ppeals from decisions of the state courts reviewing decisions of the magistrate courts by de novo proceedings" must come by application for discretionary appeal. OCGA § 5-6-35 (a) (11), (b); see also *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Ride Today's failure to comply with the

discretionary appeal procedure also deprives us of jurisdiction over this appeal.

For the above reasons, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/21/2018__
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*